IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK TODD,                              No. 2:12-cv-01378-MCE-EFB

        Plaintiff,

    vs.                                  ORDER

JUDGE ROBERT Mv ELHANY, et al.,

        Defendants.

_____/

    Plaintiff proceeds pro se with this civil rights lawsuit
under 42 U.S.C. § 1983.  On August 7, 2012, this court dismissed
the case without leave to amend for plaintiff's failure to state
a claim and for lack of subject-matter jurisdiction.  Plaintiff
has filed a notice of appeal, and the Ninth Circuit has asked the
Court to determine whether plaintiff's in forma pauperis status
should continue for the appeal or should be revoked because the
appeal is frivolous or taken in bad faith.  ECF No. 13.  For the
following reasons, the Court finds the appeal frivolous and,
accordingly, revokes plaintiff's in forma pauperis status.

1   Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be

2   taken in forma pauperis if the trial court certifies in writing

3   that it is not taken in good faith."  The good faith standard is

4   an objective one.  See Coppedge v. United States, 369 U.S. 438,

5   445 (1962).

6   A plaintiff satisfies the "good faith" requirement if he or

7   she seeks review of any issue that is "not frivolous."

8   Gardner v. Pogue, 558 F.2d 548, 551 (9th Cir. 1977) (quoting

9   Coppedge, 369 U.S. at 445).  For purposes of § 1915, an appeal is

10  frivolous if it lacks any arguable basis in law or fact.

11  Neitzke v. Williams, 490 U.S. 319, 325, 327 (1989).  For those

12  reasons stated in the magistrate judge's May 29, 2012, Findings

13  and Recommendations, which were adopted by this Court on

14  August 7, 2012, this Court now holds that the instant Complaint

15  is frivolous.  The Court thus certifies that Plaintiff's appeal

16  is not taken in good faith.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

1      Accordingly, it is hereby ORDERED that the Clerk of Court is

2  directed to notify the Ninth Circuit Court of Appeals that the

3  court certifies, pursuant to Rule 24(a)(3)(A) of the Federal

4  Rules of Appellate Procedure, that plaintiff's appeal is not

5  taken in good faith, and he must therefore seek further

6  authorization from the Court of Appeals pursuant to Rule 24(a)(5)

7  to obtain leave to proceed _in forma pauperis_ on appeal.

8      IT IS SO ORDERED.

9
   Dated: September 20, 2012
10

11                                    _____

12                                    MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26